| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Savage, Timothy J. | 2. Court or Organization<br><br>Eastern Dist. of Pennsylvania | 3. Date of Report<br><br>05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>9614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Sole Officer, Director, Shareholder | Timothy J. Savage, P.C. |
| 2. Partner | Savage & Savage (Real Estate Investment) |
| 3. Custodian | Trust #1 |
| 4. Custodian | Trust #2 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1977 | State Employees' Retirement System (SERS), Pension |
| 2. 2002 | Lawrence J. Roberts, Esquire - sale of former law practice, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Timothy J. Savage. P.C. | $6,000.00 |
| 2. 2009 | Commonwealth ●f Pennsylvania SERS | $28,990 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation. lodging. food. entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Lawrence J. Roberts, Esquire-Mortgage | B | Interest | K | T | | | | | |
| 2. | Mortgage - Edward & Deborah Bednarz | | None | J | U | | | | | |
| 3. | CMCSK - Common Stock | | None | J | T | | | | | |
| 4. | AXA - Common Stock | | None | J | T | | | | | |
| 5. | Bank of America - Common Stock | A | Dividend | J | T | | | | | |
| 6. | Joseph Manley - Commodity Investment Pool | | None | J | T | | | | | |
| 7. | ALSAX -Alger Mutual Fund-Small Cap | | None | J | T | | | | | |
| 8. | AIM Constellation - Mutual Fund - Replaced AIM Weingarten | A | Dividend | J | T | | | | | |
| 9. | Federal Capital f/k/a Righttime - Blue Chip - Mutual Fund | A | Dividend | J | T | | | | | |
| 10. | Nationwide - Best of America - Annuities (2) | | None | M | T | | | | | |
| 11. | PYDS | | None | | | Sold | 11/13/09 | J | | |
| 12. | VGR - Common Stock | D | Dividend | M | T | Sold (part) | 10/13/09 | J | A | |
| 13. | Ocean City Home Bank - Accounts | A | Interest | J | T | | | | | |
| 14. | Citizens Bank - Accounts | B | Interest | M | T | | | | | |
| 15. | Raymond James | A | Interest | J | T | | | | | |
| 16. | PBSO - Point Blank Solutions Common Stock | | None | J | T | | | | | |
| 17. | EACFX (Evergreen) Trust #1 | A | Dividend | J | T | | | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C -$2,501 - $5,000    D =$5,001 - $15,000    E -$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G -$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M -$100,001 - $250,000
(See Columns C1 and D3)    N -$250,001 - $500,000    O - $500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 -$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T - Cash Market
(See Column C2)    U =Book Value    V - Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EACFX (Evergreen) Trust #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III. Non-Investment Income

The gross income figure on line 1 was generated from residual fee payments for services rendered prior to appointment to a professional corporation solely owned by the reporter.

Payments to Timothy J. Savage, P.C., a Subchapter S corporation, for sale of assets of law practice were passed through to reporter for tax purposes.

| Name of Person Reporting | Date of Report |
|---|---|
| Savage, Timothy J. | 05/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544